ORIGINAL

FILED
JAN 31 2008
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**SCHNEIDER NATIONAL, INC. AND SUBSIDIARIES,**
3101 South Packerland Drive
Green Bay, Wisconsin 54306-2545,

Plaintiff,

v. Case No. 08-67 T

**THE UNITED STATES,**

Defendant.

---

**RULE 7.1 DISCLOSURE STATEMENT**

---

Plaintiff Schneider National, Inc. and Subsidiaries, by its undersigned counsel, Weiss Berzowski Brady LLP, submits the following Rule 7.1 disclosure statement:

Schneider National, Inc. has no parent corporation and there is no publicly held corporation that owns 10% or more of Schneider National, Inc. or its subsidiaries.

Dated at Delafield, Wisconsin this 30th day of January, 2008.

JOHN A. SIKORA
WEISS BERZOWSKI BRADY LLP
400 Genesee Street
Delafield, Wisconsin 53018
Tel: (262) 646-1528
Fax: (262) 646-3340
jas@wbb-law.com

Attorney for Plaintiff