IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCHNEIDER NATIONAL, INC. AND SUBSIDIARIES, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-67 T |
| | ) | Senior Judge Loren A. Smith |
| UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Richard H. Bowles, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Richard H. Bowles
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: February 19, 2008

s/ RICHARD H. BOWLES
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-6500
Fax: (202) 514-9440