IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-67 T

(Senior Judge Loren A. Smith)

SCHNEIDER NATIONAL, INC., and SUBSIDIARIES,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**UNOPPOSED MOTION FOR ENLARGEMENT**

Pursuant to Rule 6.1 of the Rules of the U.S. Court of Federal Claims ("RCFC"), the United States respectfully seeks additional time within which to file its answer or other response to the complaint. The United States asks this Court for a sixty-day enlargement of time, from March 31, 2008, to May 30, 2008, inclusive. This is the first such enlargement requested.

As good cause therefor, defendant states as follows:

This is a suit in which plaintiff seeks the payment of additional interest with respect to alleged overpayments of federal corporate income tax. Immediately upon receipt of the Complaint, defendant's attorneys forwarded a copy to the Office of Chief Counsel, Internal Revenue Service, along with a request to assemble the relevant files, and to prepare a written recommendation respecting the legal position which the Government should adopt. Defendant's attorneys have not yet received the relevant files, nor the recommendation of the Chief Counsel, and will not receive them in time to accomplish timely filing of a response to the Complaint. Without these materials it is impossible to draft a meaningful response to the complaint.

The time requested herein is therefore necessary for the Chief Counsel's attorneys to finish their work, and for defendant's attorneys to receive and review the files and recommendation, and to draft a response to the Complaint.

We are authorized to state that counsel for plaintiff has no objection to the granting of this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ Richard H. Bowles
Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
(v) 202-307-6500
(f) 202-514-9440

NATHAN J. HOCHMAN
Assistant Attorney General, Tax Division
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
W.C. RAPP
Reviewer

March 11, 2008

s/ W.C. Rapp
Of Counsel