# In the United States Court of Federal Claims

| | | |
|---|---|---|
| SCHNEIDER NATIONAL, INC., and SUBSIDIARIES, | | |
| *Plaintiffs,* | | No. 08-67T |
| v. | | Filed: March 12, 2008 |
| THE UNITED STATES, | | |
| *Defendant.* | | Senior Judge Smith |

## ORDER

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time to respond to Plaintiffs' complaint. Defendant's answer is due on or before May 30, 2008.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge