# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * *** | | |
| | * | |
| SCHNEIDER NATIONAL, INC., | * | |
| and SUBSIDIARIES, | * | |
| | * | |
| *Plaintiffs,* | * | No. 08-67T |
| | * | |
| v. | * | |
| | * | Filed: July 30, 2008 |
| THE UNITED STATES, | * | |
| | * | |
| *Defendant.* | * | Senior Judge Smith |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

Pursuant to the Joint Preliminary Status Report (JPSR) filed on July 21, 2008, the Court hereby GRANTS the parties request to submit a joint status report on or before November 19, 2008, and every 90 days thereafter, to apprise the Court of the progress of settlement negotiations and to recommend future proceedings.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge